

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00192-CR & 04-19-00193-CR

Johnny Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016-CR-10374, 2018-CR-7068
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, we withdraw this court's June 3, 2020 opinions and judgment and substitute today's opinions and this judgment in their stead. We REVERSE the trial court's judgments of conviction and REMAND the cases for proceedings consistent with this opinion.

SIGNED December 30, 2020.

_____
Rebeca C. Martinez, Justice